COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| Linda S. Restrepo and Carlos E. Restrepo, d/b/a Collectively RDI Global Services and R & D International, | § §  § | No. 08-13-00183-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No 5 |
| Alliance Riggers & Constructors, Ltd., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012DCV04523) |

# **O R D E R**

Pending before the Court is a motion filed by Appellee, Alliance Riggers & Constructors, Ltd., to lift the stay order or grant a protective order. On July 17, 2013, the Court granted Appellants' motion for a stay and ordered that the trial court stay all proceedings in the case below. Alliance Riggers asserts in its motion that Appellants have continued to engage in discovery following the entry of the stay order. Appellants state in their response that they intended to request a stay of only the commencement of a trial pursuant to Section 51.014(b) of the Texas Civil Practice and Remedies Code. Section 51.014 provides that an interlocutory appeal of an order granting or denying a special appearance stays the commencement of a trial pending resolution of the appeal. *See* TEX.CIV.PRAC. & REM.CODE ANN. §51.014(a)(7), (b)(West Supp. 2012). An appeal of such an order does not result in an automatic stay of all proceedings in the case. TEX.CIV.PRAC. & REM.CODE ANN. §51.014(b).

1

Given the parties' objections to a stay of all proceedings in the case below, the Court finds it necessary to modify the stay previously entered in this case. We therefore GRANT Alliance Riggers' motion in part and lift the stay insofar as it stayed all proceedings in the case below. Pursuant to Section 51.014(b), it is ORDERED that the commencement of any trial in the case below is stayed pending resolution of this appeal. TEX.CIV.PRAC. & REM.CODE ANN. §51.014(b). The Court DENIES Alliance Riggers' motion for a protective order.

IT IS SO ORDERED this 17th day of September, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.
(Rivera, not participating)